**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**CIVIL CONFERENCE**
**MINUTE ORDER**

BEFORE: STEVEN I. LOCKE
U.S. MAGISTRATE JUDGE

DATE: 10/21/26
TIME: 10:45 am

CASE: **CV 24-6651(JMA) Herbert et al v. Terranova et al**
TYPE OF CONFERENCE: STATUS FTR: 10:49-11:00

APPEARANCES:
For Plaintiff: Robert Previto

For Defendant: Scott Mishkin

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☐ The court has adopted and So Ordered the joint proposed scheduling order [ ] submitted by the parties.

☒ Other: Oral argument held. The discovery motions at DE [37], [39] & [40] are withdrawn based the parties' agreement that depositions will be taken. Defendant Terranova will be deposed on November 5, 2026 at 10:00 am at the courthouse. Plaintiff Gunnar Herbert will be deposed on November 10, 2026 at a time and location consistent with the applicable federal and local rules as designated by defense counsel. These dates and times may be moved only with the consent of all counsel and the witness being deposition, but must be completed no later than November 30, 2026.

Defendant will commence summary judgment motion practice no later than December 1, 2026. In the event no motion is to be made the parties will file a joint letter to the Court instead so that a pretrial conference may be scheduled.

SO ORDERED

/s/Steven I. Locke
STEVEN I. LOCKE
United States Magistrate Judge